| | |
|---|---|
| 1 | WILLIAM F. TARANTINO (CA SBN 215343) |
|   | WTarantino@mofo.com |
| 2 | JUSTIN FISCH (CA SBN 320239) |
|   | JFisch@mofo.com |
| 3 | CHEYENNE OVERALL (CA SBN 327242) |
|   | COverall@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | AMAZON.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK NGUYEN, individually and as a representative of all others similarly situated, | Case No.   4:20-CV-04042-YGR |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION TO EXTEND DEFENDANT AMAZON.COM, INC.'S TIME TO RESPOND TO THE COMPLAINT** |
| AMAZON.COM, INC., | |
| Defendant. | [CIVIL L.R. 6-1] |

1    Pursuant to Civil Local Rule 6-1, plaintiff Rick Nguyen, on behalf of himself and all
2 others similarly situated, and defendant, Amazon.com, Inc. ("Amazon") through their
3 undersigned counsel, hereby stipulate as follows:
4    WHEREAS, this action was filed in this Court on June 17, 2020;
5    WHEREAS, Plaintiff attempted to serve Amazon with the complaint (the "Complaint")
6 via U.S. mail to a Washington address on or around June 22, 2020;
7    WHEREAS, assuming that service was complete on July 2, 2020, the deadline for
8 Amazon to answer or otherwise respond to the Complaint was July 23, 2020;
9    WHEREAS, on July 23, 2020, the parties agreed to an initial extension of the response
10 deadline to August 13, 2020, and further agreed to extend the time for Amazon to answer or
11 otherwise response to the complaint to **August 27, 2020**;
12    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that
13 pursuant to Local Rule 6-1(a), Amazon.com shall have to and including August 27, 2020 to
14 answer or otherwise respond to the Complaint.

15   Dated: August 13, 2020            MORRISON & FOERSTER LLP

17                                     By: /s/ *William F. Tarantino*
                                           William F. Tarantino
18
                                           Attorneys for Defendant
19                                         AMAZON.COM, INC.

22   Dated: August 13, 2020            LEXINGTON LAW GROUP

24                                     By:  /s/ *Mark N. Todzo*
                                           Mark N. Todzo
25
                                           Attorneys for Plaintiff
26                                         RICK NGUYEN

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT            1
CASE NO. 4:20-CV-04042-YGR
sf-4320661

**ECF ATTESTATION**

I, William F. Tarantino, am the ECF User whose ID and password are being used to file the following: **STIPULATION TO EXTEND DEFENDANT AMAZON.COM, INC.'S TIME TO RESPOND TO THE COMPLAINT**. In compliance with General Order 45, X.B., I hereby attest that Mark N. Todzo has concurred in this filing.

Dated: August 13, 2020

MORRISON & FOERSTER LLP

By: /s/ *William F. Tarantino*
William F. Tarantino